**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 2:21-CR-00046-01** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **BYRON LAMAR JACKSON (01)** | **MAGISTRATE JUDGE KAY** |

**JUDGMENT**

On June 28, 2021, Defendant Byron Lamar Jackson, appeared before the United States Magistrate Judge to enter a plea of guilty as to Count One of the two-count Indictment. Defendant Jackson consented to proceeding before the Magistrate Judge and was represented by counsel. Based on the Magistrates findings and Report and Recommendation (Doc. 30) that the guilty plea be accepted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant Byron Lamar Jackson is found guilty of the offense charged in Count One of the Indictment consistent with the Report and Recommendation.

**THUS DONE AND SIGNED** in Chambers on this 24th day of August, 2021.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**